

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600   Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

15 May 2018

**Via CM/ECF System**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Louis Vuitton North America Inc. v. Schenker S.A., et al.*
               E.D.N.Y. 17 Civ. 7445 (DLI) (PK)
               Our Ref 34149
               - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Chief Judge Irizarry:

      We represent Worldwide Flight Services, Inc. ("WFS") as successor in interest of defendant Cargo Airport Services USA, LLC ("CAS"), in the above-referenced action.

      On 30 April 2018, WFS requested leave to file a motion for partial judgment on the pleadings and/or to stay this action without a pre-motion conference.  Dkt. #21.  Plaintiff Louis Vuitton North America Inc. ("LVNA") responded in opposition on 11 May 2018.  Dkt. #24.

      Unfortunately, LVNA's response contains *significant* omissions and misstatements of law, particularly with respect to Article 22.5 of the Montreal Convention (which governs this case) and Article 25.1 of the Warsaw Convention (the predecessor treaty).

      We therefore request permission to file a reply letter of no more than 3 pages, outlining the numerous legal authorities that support WFS's position—before the Court determines whether to grant WFS leave to file its proposed motion.  Alternatively, WFS is prepared to submit a comprehensive memorandum in support of the motion.

      We thank the Court for its attention to, and consideration of, the foregoing request

                             Respectfully submitted,
                             HILL RIVKINS LLP

                             Justin M. Heilig

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300   Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515   Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263   Fax: 916 535-0268
e-mail: thefirm@brnlaw.com